1

2

3

4

5

6

7

8

9

10                      UNITED STATES DISTRICT COURT

11                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,          No. 2:19-CR-339-SVW

13              Plaintiff,              ORDER ALLOWING DISCLOSURE
                                        OF GRAND JURY TESTIMONY
14              v.
                                        Trial Date:   July 19, 2022
15   ARGISHTI KHUDAVERDYAN,
         aka "Argo,"                    Time:         9:00 a.m.
16       aka "George Gale,"             Place:        Courtroom of the
         aka "akhudav1," and                          Hon. Stephen V.
17   ALEN GHAREHBAGLOO,                               Wilson
         aka "aghareh1,"
18
              Defendants.
19

20

21        For good cause shown, IT IS HEREBY ORDERED that plaintiff,

22   United States of America, may supply defense counsel of record with a

23   copy of the grand jury testimony of any witness whom the government

24   may call at trial.  The purpose of this order is to enable

25   defendant(s) to prepare their defense and to permit compliance with

26   the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

27

28

1      IT IS FURTHER ORDERED that defense counsel shall not disclose

2  such grand jury testimony to any other person or persons, except as

3  necessary in preparation of the defense, without prior authorization

4  from this Court, and that the copy of the testimony provided to

5  defense counsel (and any reproductions or copies made of the produced

6  copy) shall be returned to the government at the conclusion of the

7  proceedings in this case.

8      IT IS SO ORDERED.

9

10  July 8, 2022

11  DATE                                    HONORABLE STEPHEN V. WILSON
                                           UNITED STATES DISTRICT JUDGE
12

13  Presented by:
      /s/
14  ANDREW M. ROACH
    Assistant United States Attorney
15