STEPHANIE S. CHRISTENSEN
Acting United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
LISA E. FELDMAN (Cal. Bar No. 130019)
ANDREW M. ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
Cyber and Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0633/0306
    Facsimile: (213) 894-2927
    E-mail:  lisa.feldman@usdoj.gov
           andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-339-SVW-1 |
| Plaintiff, | NOTICE OF LODGING OF PROPOSED ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| ARGISHTI KHUDAVERDYAN,<br>   aka "Argo,"<br>   aka "George Gale,"<br>   aka "akhudav1," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Lisa E. Feldman and Andrew M. Roach, hereby lodges the attached Proposed Order Continuing Trial Date and Findings Regarding Excludable Time Periods Pursuant to Speedy Trial Act to supplement the Court's prior

//

//

findings and orders continuing trial from the July 11, 2022 status conference and July 26, 2022 trial.

Dated: August 1, 2022

Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

        /s/ Andrew M. Roach
LISA E. FELDMAN
ANDREW M. ROACH
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA